IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DESHA' CARTER,        )<br>                              )<br>            Petitioner,      )<br>                              )<br>       v.                     )<br>                              )<br>                              )<br>A. K. SCRIBNER,               )<br>                              )<br>            Respondent.       )<br>_____) | CV F 04-6106 AWI WMW HC<br><br>**ORDER DENYING MOTION FOR RELEASE FROM CUSTODY PENDING HABEAS CORPUS REVIEW**<br><br>[Doc. 8] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.

    On December 21, 2005, Petitioner filed a motion seeking release from custody pending review of this habeas corpus petition pursuant to F.R.A.P. 23(b)(3)(C). Rule 23 is entitled "Custody or Release of a Prisoner in a Habeas Corpus Proceeding." Section (b)(3)(c) provides as follows:

    (c) **Release Pending Review of Decision Ordering Release.**

While a decision ordering the release of a prisoner is under review, the prisoner must – unless the court or judge rendering the decision, or the court of appeals, or the

Supreme Court, or a judge or justice of either court orders otherwise – be released on personal recognizance, with or without surety.

Under the plain reading of this rule, it applies to cases in which a decision has been issued ordering the release of a prisoner.  No such order has been entered in this case – thus the rule has no application to this case.  Accordingly, Petitioner's request for release pending review of this habeas corpus petition is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   March 15, 2006**          **/s/  William M. Wunderlich**
bl0dc4                                              UNITED STATES MAGISTRATE JUDGE