UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DESHA CARTER, | CV F 04-6106 AWI WMW HC |
| Petitioner, | ORDER DENYING AS MOOT MOTION FOR REPLY BRIEF |
| v. | [Doc. 9] |
| A. K. SCRIBNER, | |
| Respondent. | |

Petitioner is a prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. Section 2254.

On February 1, 2006, Petitioner filed a motion for a reply brief from Respondent. Respondent filed a motion to dismiss on May 19, 2006, to which Petitioner filed an opposition on May 26, 2006.  Accordingly, Petitioner's motion for a reply brief is HEREBY DENIED as moot.

IT IS SO ORDERED.

**Dated:   July 13, 2006**             /s/  William M. Wunderlich
bl0dc4                              UNITED STATES MAGISTRATE JUDGE