UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL DESHA CARTER, | ) | 1:04-CV-6106 AWI WMW HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF |
| v. | ) | TIME TO FILE REPLY |
| | ) | (DOCUMENT #21) |
| A. K. SCRIBNER, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 17, 2006, respondent filed a request for leave to file a reply to petitioner's opposition to respondent's motion to dismiss.

Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the request for an extension of time is GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:   July 25, 2006**          /s/  **William M. Wunderlich**
bl0dc4                                    UNITED STATES MAGISTRATE JUDGE