IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DESHA' CARTER, ) | CV F 04-6106 WMW HC |
| ) | |
| Petitioner, ) | ORDER DISMISSING |
| ) | PETITION FOR WRIT OF |
| v. ) | HABEAS CORPUS |
| ) | |
| ) | |
| A. K. SCRIBNER, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  On July 31, 2006, the court served Petitioner with a copy of an order assigning this case to the undersigned for all purposes.  On August 21, 2006, the copy of the order was returned to the court as undeliverable with a notation that the CDC was unable to locate Petitioner.   The court has received no further correspondence from Petitioner.

Pursuant to Local Rule 83-183, a pro se plaintiff has a duty to keep the court and opposing counsel informed of his address.  If mail directed to a pro se plaintiff by the court is

returned by the U.S. Postal Service and the plaintiff fails to inform the court and opposing parties within sixty days thereafter of a current address, the court "may dismiss the action without prejudice for failure to prosecute."

More than sixty days have elapsed since the U.S. Postal Service returned the copy of this court's order served on Petitioner, and Petitioner has not informed the court of a current address. Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED without prejudice for Petitioner's failure to prosecute.

IT IS SO ORDERED.

**Dated:   January 19, 2007**          /s/  **William M. Wunderlich**
mmkd34                                         UNITED STATES MAGISTRATE JUDGE