1

2

3

4

5

6

7

8

9

10

11

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 12 | **MICHAEL DESHA' CARTER,** ) | **CV F 04-6106 AWI WMW HC** |
| 13 | **Petitioner,** ) | **ORDER DENYING REQUEST** |
| | ) | **FOR CERTIFICATE OF** |
| 14 | **v.** ) | **APPEALABILITY** |
| 15 | ) | [Doc. 30] |
| 16 | **A. K. SCRIBNER,** ) | |
| 17 | **Respondent.** ) | |
| 18 | _____ ) | |

19

20

21

22

23

24

25

26

27

28

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.

On March February 23, 2007, Petitioner filed an application for a certificate of appealability.  The controlling statute, 28 U.S.C. § 2253, provides as follows:

(a) In a habeas corpus proceeding or a proceeding under section 2255 before a district judge, the final order shall be subject to review, on appeal, by the court of appeals for the circuit in which the proceeding is held.

(b) There shall be no right of appeal from a final order in a proceeding to test the validity of a warrant to remove to another district or place for commitment or trial a person charged with a criminal offense against the United States, or to test the validity of such person's detention pending removal proceedings.

(c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal

1   may not be taken to the court of appeals from--
(A) the final order in a habeas corpus proceeding in which the detention complained
2   of arises out of process issued by a State court;  or
(B) the final order in a proceeding under section 2255.
3   (2) A certificate of appealability may issue under paragraph (1) only if the applicant
has made a substantial showing of the denial of a constitutional right.
4   (3) The certificate of appealability under paragraph (1) shall indicate which specific
issue or issues satisfy the showing required by paragraph (2).

5

6       In the present case, the court finds that Petitioner has failed to carry his burden of

making a substantial showing of the denial of a constitutional right.  Accordingly,
7

Petitioner's request for a certificate of appealability is HEREBY DENIED.
8

IT IS SO ORDERED.
9

10   **Dated:     March 16, 2007**              _____/s/  **William M. Wunderlich**_____
     mmkd34                              UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                           2