IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL DESHA' CARTER,** ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> **A. K. SCRIBNER,** ) <br> ) <br> Respondent. ) <br> ) <br> _____ ) | CV F 04-6106 WMW HC <br><br> ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO F.R.C.P. 60(b) <br><br> [Doc. 36] |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. Judgement was entered in this case on January 19, 2007. On February 1, 2007, Petitioner filed a notice of appeal. On March 26, 2007, Petitioner filed a motion for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, which is currently pending before the court.

     In Davis v. Yageo Corp., - - - F.3d - - - , 2007 WL 624719 (9th Cir. 2007), the Ninth Circuit explained as follows:

> Once an appeal is filed, the district court no longer has jurisdiction to consider motions to vacate judgment. Gould v. Mut. Life Ins. Co. of N.Y., 790 F.2d 769, 772

(9th Cir.1986). However, a district court may entertain and decide a Rule 60(b) motion after notice of appeal is filed if the movant follows a certain procedure, which is to "ask the district court whether it wishes to entertain the motion, or to grant it, and then move this court, if appropriate, for remand of the case." Id. (internal quotation marks and citations omitted); see also Defenders of Wildlife v. Bernal, 204 F.3d 920, 930 (9th Cir.2000) (holding that a district court order declining to entertain or grant a Rule 60(b) motion is not a final determination on the merits); Scott v. Younger, 739 F.2d 1464, 1466 (9th Cir.1984) (holding that the district court's denial of a request to entertain a Rule 60(b) motion is interlocutory and not appealable and that if the court is inclined to grant the motion, the movant first should request limited remand from the appellate court); Crateo, Inc. v. Intermark, Inc. (In re Crateo, Inc.), 536 F.2d 862, 869 (9th Cir.1976) (declining to order a remand after the district court declined to entertain the Rule 60(b) motion).

Because Petitioner has not followed the procedure outlined above, his motion for relief from judgment pursuant to Rule 60(b) is HEREBY DENIED without prejudice to Petitioner's right to bring a properly supported motion.

IT IS SO ORDERED.

**Dated:    April 2, 2007**              **/s/  William M. Wunderlich**
mmkd34                                    UNITED STATES MAGISTRATE JUDGE