**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **MICHAEL DESHA' CARTER,** | ) | **CV F 04-6106 AWI WMW HC** |
| Petitioner, | ) ) ) | **ORDER GRANTING MOTION FOR RELIEF FROM** |
| v. | ) ) | **JUDGMENT** |
| **A. K. SCRIBNER,** | ) ) | [Doc. 40] |
| Respondent. | ) ) | **ORDER DENYING MOTIONS FOR JUDGMENT** |
| | ) ) | [Doc. 43, 44] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  On January 19, 2007, the court entered judgment in this case.  The court dismissed the case for Petitioner's failure to prosecute, based on the finding that Petitioner had failed to keep the court informed of his current address.  The court reached that finding because mail sent by the court to Petitioner was returned.

    Petitioner now moves for relief from judgment, based on the ground that he was actually housed at his address of record at the time his mail was returned by prison authorities with the notation, "cannot locate."  Petitioner provides evidence in the form of a chrono dated

1  August 21, 2006, the same date the order was returned to the court by prison authorities. The
2  chrono indicates that Petitioner was incarcerated at his address of record.
3      In the interests of justice, Petitioner's motion for relief from judgment is HEREBY
4  GRANTED. Petitioner's motions for judgment filed December 4, 2007, and March 10, 2008,
5  are HEREBY DENIED as moot. The Clerk of the Court is directed to reopen this case.

9  IT IS SO ORDERED.
10 **Dated:   March 27, 2008**            **/s/  William M. Wunderlich**
                                          UNITED STATES MAGISTRATE JUDGE

2